UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANGELA WAHAB, on behalf of herself :
and all others similarly situated, :
Plaintiffs, : Case No.: 1:24-cv-2399
 :
 : REQUEST OF WITHDRAWAL AS
 : COUNSEL OF RECORD
v. :
 :
AEDES DE VENUSTAS, INC., :
  Defendant. :
 :
------------------------------------x

### **REQUEST OF WITHDRAWAL AS COUNSEL OF RECORD**

Request is hereby made by Mark Rozenberg, Esq., of Stein Saks, PLLC, counsel of record for Plaintiff, Angela Wahab, in the above-captioned matter, to withdraw as counsel of record in the within case as his employment at Stein Saks, PLLC has concluded, and it is represented that:

Rami Salim, Esq., also of Stein Saks, PLLC, will serve as counsel from Stein Saks, PLLC on behalf Plaintiff, Angela Wahab. I am not asserting a retaining or charging lien.

 Dated: February 27, 2025

Respectfully Submitted,

/s/ Mark Rozenberg
**Stein Saks, PLLC**
By: Mark Rozenberg Esq.
One University Plaza
Hackensack, NJ 07601 Phone: (201) 282-6500
Fax:(201) 282-6501
mrozenberg@steinsakslegal.com