UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ANGELA WAHAB, on behalf of herself and all others similarly situated,

                                                    Civil Action No:
                                                  1:24-cv-2399

                        Plaintiff,

-v.-
AEDES DE VENUSTAS, INC.

                        Defendants.

-----------------------------------------------------------------

**JOINT STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Aedes De Venustas, Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** A

| For Plaintiff Angela Wahab | For Defendant Aedes De Venustas, Inc. |
|---|---|
| *[signature]* | *[signature]* |
| Rami Salim | Rebecca A. Stark |
| Stein Saks, PLLC | Dentons US LLP |
| One University Plaza | 1221 Avenue of the Americas |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: (201) 282-6500 | Ph: (212) 768-5328 |
| rsalim@steinsakslegal.com | Karla.delpozogarcia@dentons.com |

1

## CERTIFICATE OF SERVICE

I certify that on April 8, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Rami Salim*
                                        Rami Salim
                                        **Stein Saks, PLLC**
                                        *Attorneys for Plaintiff*